Attorneys for Plaintiffs,
Oldfather Law Offices
1330 South Third Street
Louisville, KY 40222
(502) 637-7200

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-cv-02670-CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| CHARLES POOLE and LISA POOLE<br>Plaintiffs,<br>vs.<br>PFIZER, INC., JOHN DOE ONE, JOHN DOE TWO, and ANTHONY HUBBUCH, MD<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, CHARLES POOLE and LISA POOLE, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| DATED: 12-10, 2009 | OLDFATHER LAW OFFICES | |
| | By: *Ann B. Oldfather /with permission by KMCroner)* | |
| | Ann B. Oldfather | |
| | Attorneys for Plaintiffs | |

DATED: 12-10, 2009   DARBY & GAZAK

By: *James E. Smith /with permission by KMCroner)*
~~David Gazak~~
James E. Smith
Attorneys for Defendant Anthony Hubbuch, MD

DATED: February 3, 2010   DLA PIPER LLP (US)

By: *[signature]*
Michelle W. Sadowsky
Attorneys for Defendant Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 6 2010

*[signature]*
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**